**Dwight C. BROWN, Plaintiff— Appellant,**

v.

**TRITON SECURITY; Mike Fingerhut, President; Joy Appleby, Vice President, Defendants—Appellees.**

No. 05–1759.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 28, 2005.

Dwight C. Brown, Appellant Pro Se. Abbey Gail Hairston, Jessica Regan Hughes, Seyfarth Shaw, LLP, Washington, D.C., for Appellees.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dwight C. Brown seeks to appeal the district court's order denying his motions for reconsideration and to "Subpoena Case and Employment Records." This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,*

337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Brown seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*